**ORIGINAL**

Of Counsel:
DWYER SCHRAFF MEYER
  GRANT & GREEN
Attorneys at Law
A Law Corporation

WILLIAM G. MEYER, III           2513-0
E-mail: wmeyer@dwyerlaw.com
RONALD V. GRANT                 3832-0
E-mail: rgrant@dwyerlaw.com
PATRICK K. SHEA                 8387-0
E-mail: pshea@dwyerlaw.com
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Facsimile:   (808) 537-4667

Attorneys for Plaintiff
  ONLY THE BEST, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ONLY THE BEST, INC., a Hawaii corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation,<br><br>　　　　Defendant. | CIVIL NO. 04-00196 SOM-BMK<br><br>CERTIFICATE OF SERVICE RE:<br><br>PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ONLY THE BEST, INC. |

254746.5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF ONLY THE BEST, INC. and this CERTIFICATE OF SERVICE were duly served on the parties identified below at their respective address, on January 18, 2006 and in the manner indicated below:

|  | U.S. Mail | Hand Delivery | Facsimile Transmission |
|---|---|---|---|
| Jeffrey S. Portnoy, Esq.<br>Martin E. Hsia, Esq.<br>Peter W. Olson, Esq.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>Attorney for Defendant<br>LUCKY BRAND DUNGAREES, INC. |  | X |  |

|  | U.S. Mail | Hand Delivery | Facsimile Transmission |
|---|---|---|---|
| Martin W. Schiffmiller, Esq.<br>Lisa A. Pieroni, Esq.<br>Kirschstein & Schiffmiller<br>489 Fifth Avenue<br>New York, New York 10017-6105<br>Attorneys for Defendant<br>LUCKY BRAND DUNGAREES, INC. | X | | |

DATED: Honolulu, Hawaii, January 18, 2006.

_____
WILLIAM G. MEYER, III
RONALD V. GRANT
PATRICK K. SHEA
Attorneys for Plaintiff
  ONLY THE BEST, INC.