ORIGINAL

Of Counsel:
DWYER SCHRAFF MEYER
  GRANT & GREEN
Attorneys at Law
A Law Corporation

| | |
|---|---|
| WILLIAM G. MEYER, III | 2513-0 |
| E-mail: wmeyer@dwyerlaw.com | |
| RONALD V. GRANT | 3832-0 |
| E-mail: rgrant@dwyerlaw.com | |
| PATRICK K. SHEA | 8387-0 |
| E-mail: pshea@dwyerlaw.com | |

1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 524-8000
Facsimile: (808) 537-4667

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
 ONLY THE BEST, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ONLY THE BEST, INC., a Hawaii corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation,<br><br>　　　　Defendant. | CIVIL NO. 04-00196 SOM-BMK<br><br>CERTIFICATE OF SERVICE<br><br>RE: PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS OF FACT TO DEFENDANT LUCKY BRAND DUNGAREES, INC.; EXHIBITS 1-18 |

253290.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS OF FACT TO DEFENDANT LUCKY BRAND DUNGAREES, INC.; EXHIBITS 1-18 and this CERTIFICATE OF SERVICE were duly served on the parties identified below at their respective addresses, on February 9, 2006, in the manner indicated below:

|  | U.S. Mail | Hand Delivery | Facsimile Transmission |
|---|---|---|---|
| Jeffrey S. Portnoy, Esq.<br>Martin E. Hsia, Esq.<br>Peter W. Olson, Esq.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant<br>  LUCKY BRAND DUNGAREES, INC. |  | X |  |

DATED: Honolulu, Hawaii, February 9, 2006.

_____
WILLIAM G. MEYER, III
RONALD V. GRANT
PATRICK K. SHEA
Attorneys for Plaintiff
  ONLY THE BEST, INC.