# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00196ACK-BMK |
| CASE NAME: | Only The Best, Inc., a Hawaii Corporation vs. Lucky Brand Dungarees, Inc., a Delaware Corporation |
| ATTYS FOR PLA: | William G. Meyer, III |
| ATTYS FOR DEFT: | Jeffrey S. Portnoy |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Courtroom 6-No Record |
| DATE: | 5/10/2006 | TIME: | 2:06-2:12 |

COURT ACTION:  EP: Status Conference Re: Dismissal held.  All parties by phone.

Settlement details almost complete.  Counsel to contact Court with status later today.

Submitted by: Warren N. Nakamura, Courtroom Manager