ORIGINAL

Of Counsel:
DWYER SCHRAFF MEYER
 GRANT & GREEN
Attorneys at Law
A Law Corporation

| | |
|---|---|
| WILLIAM G. MEYER, III | 2513-0 |
| E-mail: wmeyer@dwyerlaw.com | |
| RONALD V. GRANT | 3832-0 |
| E-mail: rgrant@dwyerlaw.com | |
| PATRICK K. SHEA | 8387-0 |
| E-mail: pshea@dwyerlaw.com | |

1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii 96813
Telephone: (808) 524-8000
Facsimile: (808) 537-4667

Attorneys for Plaintiff
 ONLY THE BEST, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 26 2006

at 3 o'clock and 45 min. PM
SUE BEITIA, CLERK

LODGED

MAY 25 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ONLY THE BEST, INC., a Hawaii corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCKY BRAND DUNGAREES, INC., a Delaware corporation,<br><br>    Defendant. | CIVIL NO. 04-00196 ~~SOM~~ ACK-BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

256899.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ONLY THE BEST, INC. ("Plaintiff") and Defendant LUCKY BRAND DUNGAREES, INC. ("Defendant"), by and through their respective counsel, being all of the parties who have appeared in this action, that all claims by and against all parties be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure with each party bearing its own attorney's fees and costs incurred in this matter. There are no other parties and/or issues that remain to be resolved or dealt with in this case.

DATED: Honolulu, Hawaii, _____MAY 2 4 2006_____.

_____
WILLIAM G. MEYER, III
RONALD V. GRANT
PATRICK K. SHEA
Attorneys for Plaintiff
  ONLY THE BEST, INC.

_____
JEFFREY S. PORTNOY
MARTIN E. HSIA
PETER W. OLSON
Attorneys for Defendant
  LUCKY BRAND DUNGAREES, INC.

-3-

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*Only The Best, Inc. v. Lucky Brand Dungarees, Inc.*; Civil No. Cv 04-00196 ~~SOM~~ ACK -BMK;
STIPULATION FOR DISMISSAL WITH PREJUDICE

256899.1

-3-